UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFREY R. FORD, et al.,

Plaintiff(s),

v.

BNSF RAILWAY COMPANY, a Delaware
corporation,

Defendant.

CASE NO. 2:16-cv-01383-RSM

**STIPULATED MOTION & ORDER
TO CONTINUE TRIAL DATE
AND EXTEND EXISTING
PRETRIAL DEADLINES**

## STIPULATION

The Parties, by and through their attorneys of record, pursuant to LCR 7(d)(1) and
LCR 10(g), hereby submit this Stipulated Motion to Continue Trial Date and to Extend Existing
Pretrial Deadlines.

The Parties stipulate to and jointly request an Order continuing the current
October 16, 2017 trial date until January 16, 2018, or as soon thereafter as may be convenient
for the Court. The parties additionally request that pretrial deadlines be extended in lock-step
with the new trial date.

## BACKGROUND

By its Order Setting Trial and Related Dates entered January 24, 2017 (Dkt. 13), the
Court set this matter for trial on October 16, 2017, and also established a case schedule of
pretrial deadlines based upon that trial date.


Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

By its Order dated January 20, 2017 (Dkt. 12), the Court consolidated the above captioned case with Case Nos. 2:16-cv-01384-RSM and 2:16-cv-01385-RSM for all future pre-trial and trial purposes and ordered that one case schedule be issued for all matters.

The Parties stipulate to and jointly move the Court for a continuance of the trial date until January 16, 2018, with a similar continuance the June 19, 2017 discovery deadline for purposes of completing depositions, and the other remaining pretrial deadlines.

## DISCUSSION

The parties have been and conferred and submit this stipulated motion in good faith. The Parties have engaged in substantial written discovery and numerous depositions have been noted during the days remaining until the currently scheduled discovery deadline of June 19, 2017. Based upon his schedule and other commitments, including certain medical appointments, counsel for the plaintiffs, George Thornton, is not able to participate in the depositions as currently noticed and they cannot be completed by the current June 19, 2017 discovery deadline. The Parties believe that a two month continuance of the discovery deadline will allow them the opportunity to schedule and complete all depositions. The Parties further request that the remaining pretrial deadlines be continued correspondingly, to allow for dispositive motions, mediation and, if necessary, trial preparation following completion of the depositions.

The Parties have requested available dates from the Court's staff for continuing the trial and understand that January 16, 2018 is currently available. The proposed new deadlines are set forth in **Exhibit 1**.

RS  Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

AGREED AND STIPULATED TO this 8th day of June, 2017.

RYAN, SWANSON & CLEVELAND, PLLC      THORNTON MOSTUL HERSCHENSOHN, PLLC

By   /s/ Bryan C. Graff                         By  /s/ George A. Thornton
   Bryan C. Graff, WSBA #38553              George A. Thornton, WSBA #8198
   Madeline S. Davis, WSBA #51261           Mark C. Mostul, WSBA #13257
   1201 Third Avenue, Suite 3400            1000 Second Avenue, Suite 3200
   Seattle, Washington  98101-3034          Seattle, Washington 98104
   Tel: (206) 464-4224                      Tel: (206) 621-0600
   Fax: (206) 583-0359                      Fax: (206) 621-6443
   graff@ryanlaw.com

## ORDER

Based upon the foregoing Stipulation of the Parties, IT IS SO ORDERED.



RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION & ORDER TO
CONTINUE TRIAL DATE AND EXTEND
EXISTING PRETRIAL DEADLINES

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

**EXHIBIT 1**

| Events | Current Dates | New Dates |
|---|---|---|
| **TRIAL DATE** | **Monday, October 16, 2017** | **Tuesday, January 16, 2018** |
| Discovery completed by | Monday, June 19, 2017 | Friday, August 18, 2017 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (Local CR 7(d)(3) | Tuesday, July 18, 2017 | Monday, September 18, 2017 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | Friday, September 1, 2017 | Wednesday, November 1, 2017 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the THIRD Friday thereafter | Monday, September 18, 2017 | Monday, November 20, 2017 |
| Agreed pretrial order due | Wednesday, October 4, 2017 | Wednesday, January 3, 2018 |
| Pretrial conference to be scheduled by the Court | | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | Wednesday, October 11, 2017 | Wednesday, January 10, 2018 |

STIPULATED MOTION & ORDER TO
CONTINUE TRIAL DATE AND EXTEND
EXISTING PRETRIAL DEADLINES



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359