UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY R. FORD, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> BNSF RAILWAY COMPANY, a Delaware corporation, <br><br> Defendant. | CASE NO. 2:16-cv-01383-RSM <br><br> **ORDER GRANTING MOTION TO TAKE PERPETUATION DEPOSITION** |

THIS MATTER, having come on regularly before the undersigned Judge on the parties' Stipulated Motion to Take Perpetuation Deposition of Ill Plaintiff to Preserve Testimony for Trial, the Court having reviewed and considered that motion and all evidence presented, and being otherwise fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that the Motion to take the perpetuation deposition of plaintiff Jeffrey Ford is GRANTED; and it is further

ORDERED, ADJUDGED AND DECREED that Plaintiff Jeffrey Ford shall be made available for a deposition, at the location of his then-current residence. Due to his illness, his deposition may be broken up over the course of multiple days, and deposition session(s) may be continued, as necessary, due to health limitations. Mr. Ford's deposition may be videotaped. His deposition testimony may be offered at trial in accordance with Fed. R. Civ. P. 32 and LCR 32.

ORDER GRANTING MOTION TO TAKE PERPETUATION
DEPOSITION - 1
CASE NO. 2:16-cv-01383-RSM



1545075.01

DATED this 7th day of September, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

RYAN, SWANSON & CLEVELAND, PLLC

By *s/* Bryan C. Graff
By *s/* Teruyuki S. Olsen

    Bryan C. Graff, WSBA #38553
    Teruyuki S. Olsen, WSBA #40855
    1201 Third Avenue, Suite 3400
    Seattle, Washington 98101-3034
    Phone: 206-464-4224/Fax: 206-583-0359
    Email: graff@ryanlaw.com
           olsen@ryanlaw.com
    Attorneys for Defendant BNSF Railway Company

By *s/* George A. Thornton

    George A. Thornton, WSBA #8198
    THORNTON MOSTUL HERSCHENSOHN, PLLC
    1000 Second Ave, Suite 3200
    Seattle, WA 98104
    Phone: 206-621-0600
    Email: gthornton@thorntonmostullaw.com
    Attorneys for Plaintiff


Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359